IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01296-REB-MJW

LISA HERICKHOFF,

Plaintiff(s),

v.

SARAH DILLEY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion to Amend the Scheduling Order, filed with the Court on March 1, 2007, DN 20, is GRANTED. The defendant shall have up to and including April 16, 2007, in which to file expert disclosures. Plaintiff shall have up to and including May 7, 2007, in which to submit their rebuttal expert disclosures.

Date: March 5, 2007