IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01296-REB-MJW

LISA HERICKHOFF,

Plaintiff(s),

v.

SARAH DILLEY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Reschedule Settlement Conference and Additional Request to Amend Scheduling Order, DN 23, filed with the Court on March 7, 2007, is GRANTED.  The Scheduling Order is amended as follows:

a.  The discovery deadline of April 9, 2007, is extended up to and including June 8, 2007, and all discovery should be completed by June 8, 2007;

b.  The dispositive deadline of March 19, 2007, is extended up to and including July 8, 2007;

c.  The Final Pretrial Conference set on May 22, 2007, at 9:00 a.m. is VACATED and RESET on September 11, 2007, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The proposed Final Pretrial Order shall be submitted to the court no later than September 5, 2007; and,

d.  The Settlement Conference set on March 12, 2006, at 10:30 a.m., is VACATED and RESET on June 27, 2007, at 10:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall submit their confidential settlement statements to Watanabe_Chambers@cod.uscourts.gov no later than June 21, 2007.

Date:  March 8, 2007