IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01296-REB-MJW

LISA HERICKHOFF,

Plaintiff(s),

v.

SARAH DILLEY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Joint Motion for Leave to Amend Scheduling Order (docket no. 31) is GRANTED. The deadline to complete discovery is extended to July 30, 2007. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: June 15, 2007