IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01296-REB-MJW

LISA HERICKHOFF,

       Plaintiff,

v.

SARAH DILLEY,

       Defendant.

---

**ORDER RE: PLAINTIFF'S MOTION TO AMEND CAPTION** ( Docket N. 40 )

---

The Court, having reviewed Plaintiff's Motion to Amend Caption and being advised that Defendant does not oppose said amendment,

HEREBY ORDERS that the caption shall now read "Lisa Herickhoff, Plaintiff v. Sarah Wade, formerly Sarah Dilley".

SO ORDERED this 29TH day of August, 2007.

BY THE COURT:

/s/ Michael J. Watanabe
United States District Court Judge/Magistrate

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO