IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01296-REB-MJW

LISA HERICKHOFF,

Plaintiff,

v.

SARAH DILLEY,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Modify Scheduling Order to Further Depose Dr. Kenneth Pettine (Docket No. 42) is denied, finding no good cause shown substantially for the reasons stated in the defendant's response (Docket No. 47).

Date: October 1, 2007