**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01296-REB-MJW

LISA HERICKHOFF,

    Plaintiff,

v.

SARAH DILLEY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before court on the **Stipulation For Dismissal With Prejudice** [#59], filed November 29, 2007. After careful of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#59], filed November 29, 2007, is **APPROVED**;

    2. That the Trial Preparation Conference set for January 7, 2008, is **VACATED**;

    3. That the jury trial set to commence January 28, 2008, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 29, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**